IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR313** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **JOSE ANTONIO RAMIREZ-CORTEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant. The defendant's "Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Filing No. 88) is dismissed, with prejudice.

DATED this 10th day of November, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge