IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                             )<br>            Plaintiff,               )<br>                                                             )<br>      v.                                              )<br>                                                             )<br>JOSE ANTONIO RAMIREZ-CORTEZ,    )<br>                                                             )<br>            Defendants.           )<br>                                                             ) | 8:03CR313<br><br><br>ORDER |

This matter is before the court on the defendant's application filing to proceed in forma pauperis (filing no. 96) and certified copy of defendant's trust account statement received from his institution (filing no. 97). Upon review of the record, the motion is granted and the defendant may proceed in forma pauperis on appeal. In filing no. 94, I have previously denied a Certificate Of Appealibilty.

IT IS SO ORDERED.

DATED this 4th day of January, 2006.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE